UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT DADAYAN, ) <br> ) <br> Defendant. ) | Case No. MJ11-28 <br><br> **DETENTION ORDER** |

Offense charged:

　　Possession of False Identification documents with the Intent to Use Unlawfully.

Date of Detention Hearing: January 26, 2011.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　Defendant has no ties to this district. He was arrested allegedly trying to set up bank accounts in this state as part of a larger criminal scheme. To open these accounts, he used false

DETENTION ORDER - 1

identification and had four fake passports in his possession.  Defendant is from the former Soviet Union and has traveled to Russia most recently in 2008.  He has family ties to Mexico and travels there every year.  If released he proposes to live in Los Angeles.  Given his ties to other countries, his recent and regular travel to other countries, his proximity to Mexico if released and his access to fake travel documents, there is a serious and substantial risk of flight.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of January, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2